IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO.  2:19-cr-30-KS-MTP

JAYSON COVINGTON

ORDER FOR A PRESENTENCE EVALUATION

Leave of Court is granted for the order of a presentence evaluation, pursuant to 18 U.S.C. §§ 3552(b), 3552(c), and 4244(b), specifically for a psychosexual evaluation, be conducted as a part of the presentence investigation in the case of U.S. v. Jayson Covington, Docket Number 2:19-cr-30-KS-MTP. The psychosexual evaluation, which should be conducted by a local licensed/certified psychiatrist, psychologist, or masters or doctoral level practitioner, should include a summary of the participant's psychological/psychosexual history, an appraisal of the participant's risk for future offending, and any necessary/recommended special conditions of supervision to ensure protection of the public. The consultant is ordered to provide a report of the results of the evaluation to the Court and the U.S. Probation Office with sixty days of the date of this order.

**SO ORDERED AND ADJUDGED** this the ___3rd__ day of  September, 2019.


___s/Keith Starrett_____
**SENIOR UNITED STATES DISTRICT JUDGE**